

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-83,150-04

### IN RE WALTER FISK, Relator

---

**ON APPLICATION FOR A WRIT OF MANDAMUS
CAUSE NO. 2014-CR-3772-W1 IN THE 227TH DISTRICT COURT
FROM BEXAR COUNTY**

---

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file an application for a writ of mandamus under this Court's original jurisdiction. He contends that he filed an application for a writ of habeas corpus in Bexar County and his application has not been properly forwarded to this Court. Relator contends that the district court entered an order designating issues on June 24, 2020.

Respondent, the District Clerk of Bexar County, shall forward Relator's habeas application to this Court. *See* Tex. Code Crim. Proc. art. 11.07, § 3(c) and (d); Tex. R. App. P. 73.4(b)(5). This motion for leave to file will be held. Respondent shall comply with this order within thirty days from the date of this order.

Filed:   October 13, 2021

Do not publish